*Jacqueline M. James, Esq.*

| | |
|---|---|
| THE JAMES LAW FIRM | T: (914) 358 6423 |
| 445 HAMILTON AVENUE | F: (914) 358 6424 |
| SUITE 1102 | JJAMESLAW@OPTONLINE.NET |
| WHITE PLAINS, NY 10601 | JACQUELINEJAMESLAW.COM |

February 6, 2017

The Honorable Judge Locke
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:    *2:15-cv-02721-JS-SIL Plaintiff's Letter Motion Requesting Leave to File Default Under Seal*

Dear Judge Locke:

    The James Law Firm, PLLC represents Plaintiff in the above captioned matter. On February 17, 2016, Plaintiff filed its Complaint against Defendant, John Doe Subscriber assigned IP Address 68.173.21.102.

    On December 21, 2016, this Honorable Court granted Plaintiff leave to file its Amended Complaint under seal [CM/ECF 17]. The Amended Complaint and Issued Summons were filed under seal on December 27, 2016 [CM/ECF 18 and 19]. The defendant was served and the Summons Returned Executed was filed under seal on December 30, 2016 [CM/ECF 22]. Defendant's Answer to the Amended Complaint was due on January 19, 2017. No Answer has been filed and Defendant is now in default.

    This Court's Order of December 21, 2016 prohibits Plaintiff from disclosing the Defendant's name without further leave from the Court. As such, Plaintiff respectfully requests the Court permit Plaintiff to file its Motion for Default, along with all supporting documents, under seal and provide the Court with a set of the motion papers in chambers.

                                                    Respectfully Submitted,

                                                  By: *Jacqueline M. James*
                                                  Jacqueline M. James, Esq. (1845)
                                                  The James Law Firm, PLLC
                                                  445 Hamilton Avenue, Suite 1102
                                                  White Plains, New York 10601
                                                  T: 914-358-6423
                                                  F: 914-358-6424-mail:
                                                  jjameslaw@optonline.net
                                                  *Attorneys for Plaintiff*