# KEVIN T. CONWAY, ESQ.
ATTORNEY AT LAW
LICENSED IN
N.Y., N.J., CT.

| | |
|---|---|
| *664 Chestnut Ridge Road* | *65 Route 4 East* |
| *Spring Valley, NY 10977* | *River Edge, New Jersey 07661* |
| *Tel: (845) 352-0206* | *Tel: (201) 525-1099* |
| *Fax: (845) 352-0481* | |

October 23, 2017

The Honorable Judge Steven I. Locke
United States District Court
100 Federal Plaza
Central Islip, NY  11722

***Re: 2:15-cv-02721-JS-SIL; <u>Malibu Media, LLC v. John Doe, Defendant</u> - Plaintiff's Letter Motion for a Continuance of the Status Conference on October 23, 2017***

Dear Judge Locke:

The undersigned is counsel to the Plaintiff in the above referenced matter.

This case is on the Court's calendar for October 23, 2017 at 10:00 a.m.; however, the undersigned has a scheduling conflict and respectfully moves for a brief continuance. The undersigned must appear at 9:00 a.m. on October 23, 2017 in Middlesex County Superior Court in the matter of <u>State v. Frank Barbaccia</u>, for a violation of probation in a homicide case, followed by a juvenile criminal matter of <u>State v. Caroline Tuitte</u> in the Bergen County Superior Court.

In addition, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff will be filing an application for entry of Clerk's default under seal for Defendant's failure to plead or otherwise defend this matter.

WHEREFORE, in light of the aforesaid circumstances, Plaintiff respectfully moves for an order granting a brief continuance of the conference on October 23, 2017.

Respectfully Submitted,

By: <u>/s/ Kevin T. Conway, Esq.</u>
Kevin T. Conway, Esq.
NY Bar No.: (KC-3347)
<u>kconway@ktclaw.com</u>
664 Chestnut Ridge Road
Spring Valley, NY 10977
T: (845) 352-0206
F: (845) 352-0481
*Attorneys for Plaintiff*