UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Civil Action No. 2:15-cv-02721-JS-SIL
                                                                 :
                vs.                                              :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
24.146.154.55,                                                   :
                                                                 :
                                Defendant.                       :
-----------------------------------------------------------------X
```

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### <u>WITHOUT PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 24.146.154.55. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 6, 2017

                 Respectfully Submitted,
                 By: <u>/s/ Kevin T. Conway, Esq.</u>
                 Kevin T. Conway, Esq. (KC-3347)
                 kconway@ktclaw.com
                 664 Chestnut Ridge Road
                 Spring Valley, NY 10977-6201
                 T: (845) 352-0206
                 F: (845) 352-0481
                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 6, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                    By: /s/ Kevin T. Conway, Esq.
                                        Kevin T. Conway, Esq.